February 01, 2008

Mr. J. Clifton Hall III
Westmoreland Hall, P.C.
2800 Post Oak Blvd., Suite 6400
Houston, TX 77056-6125

Mr. Warren W. Harris
Bracewell & Giuliani, LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2778
Mr. J. James Cooper
Gardere Wynne Sewell & Riggs
1000 Louisiana, Suite 3400
Houston, TX 77002

Mr. G. Andrew Veazey
Huval Veazey Felder & Aertker, LLC
101 Feu Follett, Suite 101
PO Box 80948
Lafayette, LA 70598

RE: Case Number: 02-0730
 Court of Appeals Number: 14-01-00349-CV
 Trial Court Number: 98-08295

Style: EXCESS UNDERWRITERS AT LLOYD'S, LONDON AND CERTAIN COMPANIES
 SUBSCRIBING SEVERALLY BUT NOT JOINTLY TO POLICY NO. 548/TA4011F01
 v.
 FRANK'S CASING CREW & RENTAL TOOLS, INC.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause. (Justice Brister not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures

|cc:|Mr. Charles Bacarisse |
| |Mr. Ed Wells |
| |Ms. S. Shawn Stephens |
| |Mr. Fred A. Simpson |
| |Mr. Patrick J. Wielinski |
| |Mr. Kent Hance |
| |Mr. E. Lee Parsley |
| |Mr. Trevor Boyd Hall |
| |Mr. L. Hayes Fuller III |
| |Mr. E. Thomas Bishop |
| |Mr. Christopher Benjamin |
| |Dove |
| |Mr. David Taubenfeld |
| |Mr. Fred C. Bosse |
| |Mr. James R. Old Jr. |